# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FEB 2 2022 AM 11:23
FILED - USDC - BPT - CT

### CIVIL RIGHTS COMPLAINT

TRAVIS WILSON

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

MARION NAJAMY

LONG RIDGE POST ACUTE CARE

Case No. ___3:22cv193(VAB)___
(To be supplied
by the court)

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. __TRAVIS WILSON__ is a citizen of __CONNECTICUT__ who
(Plaintiff)                                    (State)
presently resides at __P.O. BOX 112549 STAMFORD, CT 06911__.
(mailing address)

2. Defendant __MARION NAJAMY__ is a citizen of __CONNECTICUT__
(name of first defendant)                    (State)

whose address is __710 LONG RIDGE ROAD STAMFORD, CT 06902__,

and who is employed as __ADMINISTRATOR AT LONG RIDGE POST ACUTE CARE__
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant LONG RIDGE POST ACUTE CARE is a citizen of CONNECTICUT
(name of second defendant)                                                    (State)

whose address is 710 LONG RIDGE ROAD STAMFORD, CT 06902

and who is employed as NURSING HOME FACILITY/LONG RIDGE POST ACUTE CARE
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. § 1983 (applies to state defendants)

_____    ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

• 3.14-1 DISCRIMINATORY EMPLOYMENT PRACTICES.

• 3.14-3 WRONGFUL DISCHARGE

• 3.14-5 DISCHARGE IN VIOLATION OF GENERAL STATUTES 31-51m, WHISTLE BLOWER STATUTE

• 3.14-6 RETALIATORY DISCHARGE IN VIOLATION OF GENERAL STATUTES 31-290A

• WRONGFUL TERMINATION IN VIOLATION OF GENERAL STATUTES Y§½ 31-51Q - FREEDOM OF SPEECH

• TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
• AGE DISCRIMINATION IN EMPLOYMENT OF 1967

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. ON DECEMBER 6, 2019, I WANTED TO PUT IN THE LAST OF MY VACATION TIME, WHICH WAS SUPPOSE TO BE THREE DAYS. I WENT TO THE ADMINISTRATOR MARION'S OFFICE TO ASK IF SHE COULD SIGN OFF ON MY VACATION FORM. SHE STATED NO, THAT I SHOULD GET IT SIGNED BY MY SUPERVISOR, EVEN KNOWING THAT MY SUPERVISOR DOESN'T GET ALONG WITH ME. THAT'S WHY I CHOSE TO GO TO HER TO AVOID ANY CONFLICT. WHEN MY SUPERVISOR DIDN'T WANT TO SIGN MY VACATION FORM, I WENT BACK TO MARION'S OFFICE TO LET HER KNOW THAT MY SUPERVISOR DIDN'T SIGN MY VACATION FORM. IN HER OFFICE SHE KEPT GIVING ME A HARD BUT SIGNED MY VACATION FORM AT THE LAST MINUTE AND DID NOT WANT TO RETURN MY FORM TO ME FOR NO APPARENT REASON.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** MARION NAJAMY MADE FALSE AND INACCURATE CLAIMS UNDER OATH AGAINST ME. ALSO, MARION NAJAMY OBTAINED FALSE WITNESS STATEMENTS FROM INDIVIDUALS WHO WEREN'T PRESENT.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3

## ADMIN

| LOCATION: 710 Long Ridge Rd CONFERENCE STAMFORD CT 06902 | BRIEF DESCRIPTION OF INCIDENT: 90C DISORDERLY CONDUCT NARRATIVE | | |
|---|---|---|---|
| METHOD OF OPERATION DISGRUNTLED EMPLOYEE AND ADMINISTRATOR HAD A HEATED ARGUMENT | OFFENSE TRACT WESTOVER | CASE STATUS | |
| DISPOSITION | EXCEPTIONAL CLEARANCE CODE | EXC CLEAR DATE | CLR DATE |

## OFFENSE

☐ FAMILY VIOLENCE ☐ GANG RELATED OFFENSE ☐ ALCOHOL USE ☐ DRUG USE ☐ COMPUTER USE ☐ COMPLETED ☐ FORCED ENTRY

| STATUTE / UCR CODE | STATUTE DESCRIPTION | | COUNTS | F/M |
|---|---|---|---|---|
| MARITAL | DEGREE | OFFENSE LOCATION | UNITS ENTERED | PREMISE TYPE |
| LOCAL USE | CRIMINAL ACTIVITY /GANG INFO | 1.        2.        3. | | |
| BIAS MOTIVATED CRIME | WEAPON /FORCE USED | 1.        2.        3. | | |

## OFFENSE

☐ FAMILY VIOLENCE ☐ GANG RELATED OFFENSE ☐ ALCOHOL USE ☐ DRUG USE ☐ COMPUTER USE ☐ COMPLETED ☐ FORCED ENTRY

| STATUTE / UCR CODE | STATUTE DESCRIPTION | | COUNTS | F/M |
|---|---|---|---|---|
| MARITAL | DEGREE | OFFENSE LOCATION | UNITS ENTERED | PREMISE TYPE |
| LOCAL USE | CRIMINAL ACTIVITY /GANG INFO | 1.        2.        3. | | |
| BIAS MOTIVATED CRIME | WEAPON /FORCE USED | 1.        2.        3. | | |

## VICTIM

| NAME | | | | | | HOME PHONE | | EMAIL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | WORK PHONE | | CELL | | |
| DOB | AGE | TO AGE | RACE | SEX | RESIDENT | ETHNICITY | | SSN | | |
| EYE COLOR | | HAIR COLOR | | HEIGHT | WEIGHT | BUILD | | SKIN TYPE | | GLASSES ☐ |
| DLN | STATE | EMPLOYER | | EMPLOYER ADDRESS | | | | EMPLOYER PHONE | | |
| SMTS | | | | | | | | | | |

RELATED OFFENSES: 1.    2.    3.    4.    5.    6.    7.    8.    9.    10.

| VICTIM TYPE | AGG ASSAULT 1 | AGG ASSAULT 2 | JUST HOM CIRCUM |
|---|---|---|---|

VIC TO OFFENDER 1.    2.    3.    4.    5.    6.    7.    8.    9.    10.

INJURIES (UP TO FIVE)   ☐ NONE ☐ MINOR ☐ INTERNAL ☐ TEETH ☐ UNCONSCIOUS ☐ LACERATIONS ☐ BONES ☐ OTHER

## SUSPECT

| NAME | | | | | | HOME PHONE | | WORK PHONE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | CELL PHONE | | EMAIL | | |
| DOB | AGE | TO AGE | RACE | SEX | RESIDENT | ETHNICITY | | SSN | | |
| EYE COLOR | | HAIR COLOR | | HEIGHT | WEIGHT | BUILD | | SKIN TYPE | | GLASSES ☐ |
| DLN | STATE | EMPLOYER | | EMPLOYER ADDRESS | | | | EMPLOYER PHONE | | |
| SMTS | | | | | | | | | | |

RELATED OFFENSES: 1.    2.    3.    4.    5.    6.    7.    8.    9.    10.

| REPORTING OFFICER 25596 CAMPOS-CANALES JAVIER | SUPERVISOR 11781 BARBAGALLO RICHARD |
|---|---|

| MARITAL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**OTHER**

| LOCAL USE | CRIMINAL ACTIVITY 1. /GANG INFO | 2. | 3. |
|---|---|---|---|
| BIAS MOTIVATED CRIME | WEAPON /FORCE 1. USED | 2. | 3. |

☐ FAMILY VIOLENCE ☐ GANG RELATED OFFENSE ☐ ALCOHOL USE ☐ DRUG USE ☐ COMPUTER USE ☐ COMPLETED ☐ FORCED ENTRY

**OFFENSE**

| STATUTE / UCR CODE | STATUTE DESCRIPTION | | COUNTS | FM |
|---|---|---|---|---|
| MARITAL | DEGREE | OFFENSE LOCATION | UNITS ENTERED | PREMISE TYPE |
| LOCAL USE | CRIMINAL ACTIVITY 1. /GANG INFO | 2. | 3. | |
| BIAS MOTIVATED CRIME | WEAPON /FORCE 1. USED | 2. | 3. | |

☐ FAMILY VIOLENCE ☐ GANG RELATED OFFENSE ☐ ALCOHOL USE ☐ DRUG USE ☐ COMPUTER USE ☐ COMPLETED ☐ FORCED ENTRY

**OFFENSE**

| STATUTE / UCR CODE | STATUTE DESCRIPTION | | COUNTS | FM |
|---|---|---|---|---|
| MARITAL | DEGREE | OFFENSE LOCATION | UNITS ENTERED | PREMISE TYPE |
| LOCAL USE | CRIMINAL ACTIVITY 1. /GANG INFO | 2. | 3. | |
| BIAS MOTIVATED CRIME | WEAPON /FORCE 1. USED | 2. | 3. | |

**OTHERS**

| INVOLVEMENT TYPE | NAME | | EMAIL | |
|---|---|---|---|---|
| COMPLAINANT | NAJAMY, MARION | | | |
| ADDRESS | | | HOME PHONE | CELL PHONE |
| ~~(redacted)~~ | | | | ~~(redacted)~~ |
| DOB ~~(redacted)~~ | AGE | TO AGE | RACE WHITE | SEX F | RESIDENT RESIDENT | ETHNICITY | SSN |
| EYE COLOR | | HAIR COLOR | HEIGHT | WEIGHT | BUILD | SKIN TYPE | GLASSES ☐ |
| DLN | STATE | EMPLOYER LONG RIDGE POST | EMPLOYER ADDRESS 710 LONG RIDGE RD STAMFORD CT | EMPLOYER PHONE 203-329-4026 |
| SMTs | | | | |

**OTHERS**

| INVOLVEMENT TYPE | NAME | | EMAIL | |
|---|---|---|---|---|
| SUBJECT | Wilson, Travis | | | |
| ADDRESS 296 Greenwich Ave 4E Stamford CT 06902- | | | HOME PHONE | CELL PHONE 475-243-6835 |
| DOB 06/24/1992 | AGE 27 | TO AGE | RACE BLACK | SEX M | RESIDENT NON-RESIDENT | ETHNICITY NON-HISPANIC | SSN 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 |
| EYE COLOR BROWN | | HAIR COLOR BLACK | HEIGHT | WEIGHT 170 | BUILD 1 LIGHT | SKIN TYPE DARK | GLASSES ☐ |
| DLN 188755661 | STATE CT | EMPLOYER | EMPLOYER ADDRESS | EMPLOYER PHONE |
| SMTs | | | | |

**OTHERS**

| INVOLVEMENT TYPE | NAME | | EMAIL | |
|---|---|---|---|---|
| OTHER | HAZELTON, EVAN | | | |
| ADDRESS | | | HOME PHONE | CELL PHONE |
| ~~(redacted)~~ | | | | ~~(redacted)~~ |
| DOB ~~(redacted)~~ | AGE | TO AGE | RACE WHITE | SEX M | RESIDENT NON-RESIDENT | ETHNICITY NON-HISPANIC | SSN |
| EYE COLOR | | HAIR COLOR | HEIGHT | WEIGHT | BUILD | SKIN TYPE | GLASSES ☐ |
| DLN | STATE | EMPLOYER | EMPLOYER ADDRESS | EMPLOYER PHONE |
| SMTs | | | | |

NARRATIVE

On the above date and time I, Officer Campos-Canales, was dispatched to 710 Long Ridge Rd on a report of a disgruntled employee who put his hands on another employee and ~~████████~~. The person in question was described as a tall, slim back male wearing a blue shirt and blue pants.

Upon arrival I saw a male party matching the description of the suspect in the lobby. He was identified as Travis Wilson. Upon speaking to Wilson he said that he had just been in a verbal disagreement with his boss. Officer Somody arrived on scene and stayed with Wilson while I went over to speak with the complainant who was identified as Marion Najamy.

When speaking to Najamy she said Wilson had been acting in a concerning manner as of late. He has been angry. Najamy says its probably because he has been laid off, as he was "bumped" for a union position by someone with more seniority. Najamy said that Wilson was told he only had two more weeks left of full time work until he is completely laid off. Najamy said that Wilson feels that she is out to get him, which she says is not the case.

Najamy said that Wilson had come into her office to have a vacation slip signed. She said the slip had no dates on it so she refused to sign it until he put dates on the slip. This was after Wilson had already gone to Evan Hazelton to have his slip signed, but Hazelton refused to sign it because it had no dates, so Wilson decided to go to Najamy to have it signed.

Najamy said that when she told Wilson she was not going to sign the vacation slip until it had dates on it he was unhappy about it but later returned the slip with dates entered, she said she then signed it. Najamy said she dropped the slip and then Wilson reached over her on her side of the desk to grab the slip himself and pushed her out of the way by bumping her with his arm. She said he did not grab her, nor did he make any threatening statements or remarks but that she was worried at the fact he would have the audacity to physically make contact with her. She said no one else witnessed this happen.

Najamy said this is not the first incident with Wilson and that she has gotten complaints from other employees, who complain about Wilson ~~████████~~

I then met with Wilson and the other Officers who spoke to him. Wilson said that he recorded the entire incident and played it for Officers Somody and Stolfi. He said that he was just trying to get a vacation slip signed and that Najamy has had it out for him. He said he has had issues with her in the past. He said that there was not a struggle or any event of distress and that he did not grab or put his hands on her. He said if he made contact with her its because he is tall and has long arms. Wilson said that he was never aggressive with Najamy and in the recording he said there is never any sign or sound of struggle at any point. Officer Somody confirmed that.

I then spoke with Najamy who said that Wilson was terminated effective immediately and did not want him back on the premises of 710 Long Ridge Rd. I told Wilson that and he said that he understood and was cooperative with Officers. He was told he could not be back on the property and was terminated effective immediately.

Officers then cleared.

| OFFICER ID/NAME | DATE |
|---|---|
| 25596 CAMPOS-CANALES JAVIER | 12/06/2019 13:27:32 |

~~~~~~~~~~~~QUEST / PAID TIME OFF

Vacation requests must be submitted by April 1ˢᵗ for primary vacation period (May 15 – September 15) or at least one month prior to the date the vacation is to begin (during non-primary vacation period).

*** All requests should be signed by a supervisor prior to being given to payroll office!!!
*** Supervisors please be advised – You are authorizing for time to be taken off only.
*** Employee will be paid based upon time available

EMPLOYEE NAME : TRAVIS WILSON                    DEPT MAINTENANCE

### INDIVIDUAL DAY ONLY

(HOL)  DATE: _____    SCHEDULE: _____    HRS: _____

(SICK) DATE: _____    SCHEDULE: _____    HRS: _____

(PER)  DATE: _____    SCHEDULE: _____    HRS: _____

(VAC)  DATE: _____    SCHEDULE: _____    HRS: _____

### VACATION REQUESTS

ADVANCE PAY REQUESTED?      ___ NO ___ YES   PAY DATE: _____

Dates of 1ˢᵗ choice: _____

Dates of 2ⁿᵈ choice: _____

Week Ending: _____ Total hours to be paid (based on availability) _____
Specify each date using the following codes (H) Holiday (P) Personal, (V) Vacation, or (O) off

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        | 12/31/19 |           |          |        |          |

Week Ending: _____ Total hours to be paid (based on availability) _____
Specify each date using the following codes (H) Holiday (P) Personal, (V) Vacation, or (O) off

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        |         |           |          |        |          |

Employee Signature: _____    Date: 12/6/19

Supervisor Signature: _____    Date: 12/6/19

__/ TIME OFF REQUEST APPROVED        __/ TIME OFF REQUEST DENIED

NURSING DEPARTMENT ONLY – A COPY OF VACATION REQUESTS SHOULD BE
GIVEN TO THE NURSING ~~~~~~~~

# LAYOFF FORM

**Facility:** _Longridge_                          **Date:** _12/3/19_

**The Employer has identified the following employee as being affected by a layoff at the center. In accordance with the Union Contract the following options are being offered:**

- ❑ **Accept the layoff** – I understand I have the right to file for unemployment for the hours I have lost. The Employer agrees not to contest my unemployment.

- ❑ **Accept a reduction in hours** – I understand I have the right to file for unemployment for the hours I have lost. The Employer agrees that not to contest my unemployment.

- ☒ **Bump a less senior Employee**

*\*\*\*All affected employees whose hours were reduced or entirely eliminated will be offered recall rights according to the contract as they become available.*

---

\*\*\*It is specifically understood that my choice to "Accept" above does not mean that I have accepted the center's decision to layoff/reduce hours. Similarly, my acceptance of one of the above options does not mean that I agree with the manner in which the layoff process has been conducted. I reserve the right to grieve this layoff if it becomes clear that I was not offered all of my rights in the layoff process.

| Name of Affected Employee: | Travis Wilson | | |
|---|---|---|---|
| **STATUS PRIOR TO THE LAYOFF** | | **STATUS POST LAYOFF** | |
| Hours: | 37.5 | Hours: | 7.5 |
| Shift: | | Shift: | |
| Job Title: | Main | Job Title: | HSK |

Employee Signature _Travis W._                    Date: _12/3/19_

Union Representative _Mandy Willen_               Date: _12/03/2019_

Employer Representative _____          Date: _____

1. My name is Travis Wilson and I reside at 296 Greenwich Avenue, Stamford, Connecticut 06902

2. The respondent is Long Ridge Post Acute Care which is located at 710 Long Ridge Road, Stamford, Connecticut 06902.

3. The respondent employs at least 100 employees.

4. I will provide the specific allegations:

A. I am an African-American male

B. I began working for the respondent about 5 plus years as a Maintenance Assistant

C. On December 6, 2019, I wanted to put in the last of my vacation time, which was 3 days. I went to the administrator Marion's office to ask if she could sign off on my vacation form. She stated no, that I should get it signed off by my supervisor Evan Hazleton, evening knowing that my supervisor doesn't get along with me. That's why I chose to go to his boss to avoid any conflict. I did what I was told.

D. I went to the maintenance office and asked my supervisor Evan Hazleton if he could sign my vacation form. He seemed to be distracted, using the phone, not talking, tuning me out. I asked him politely again, he states the vacation form is not filled out correctly, without looking at the form. Now at this point he slams the phone angrily and yells I'm not signing your paper Travis and leaves the office.

E. I go back to the administrator Marion's office and tell her Evan Hazleton refused to sign my vacation form. She asked why. I tell her what had transpired. Marion then signs my vacation paper, but at this point her mood changes and she doesn't want to give me back the vacation slip to hand in. She starts saying I'm on thin ice, she proceeds to tell me to pick up boxes that have nothing to do with the topic at hand. She then says the boxes were for housekeeping which was untrue. They were boxes from Amazon for Marion's personal use. At this point, Im still asking for my vacation form back and she has the paper in her hand with a tight grip, waving it saying no she wont give it to me, and that I need to pick up the boxes she said to pickup. As she continued she realizes she can be potentially heard by a residents family member or employees by saying things that were not true. She throws me my vacation paper and tells me to take it to a higher level.

F. I go and take the paper to human resources to be processed in the system. I walked in the office saying I never encountered a problem handing in my vacation form ever, in the 5 plus years of working here. Minutes after leaving the Human Resource office.

G. Im being told told to hand over my keys by Human Resource and that the police are on the way. Im lost at this moment, I know I didn't do anything wrong in no way shape or form.

H. The police arrive and appear to be looking for a tall black male that was a disgruntled employee over bumping rights, which was not the case. I still had a job regardless of bumping rights, why would I be mad?

I.  In my opinion the administrator Marion was out for me, because of me calling the employee hotline to make multiple complaints throughout the years since she arrived at the long ridge facility.

J.  On the premises the police brought me into the first floor dining/conference room. Officer Somody asked me to discuss what had transpired and I did. Officer Somody heard Marion's story. After hearing both of us separately he came to the conclusion nothing transpired and that the call they received gave the impression that I assaulted the administrator and was mad. Officer Somody confirmed none of those actions took place. The police and myself left the facility at the same time.

K.  I believe the respondent terminated my employment unjustifiably, racially discriminated against me, alleging assault, calling the police, humiliation in front of patients, family members of residents as well as co-workers, all because of a vacation form that needed to be signed. To date I haven't received any monies owed to me and I was denied unemployment.

**Claim II:** MARFON NAJAMY ADMITS IN THE POLICE REPORT THAT NO WITNESSES WERE PRESENT AND ACKNOWLEDGES THAT I NEVER TOUCHED OR MADE PHYSICAL CONTACT WITH HER.

Supporting Facts:

**Claim III:** WHEN POLICE WERE DISPATCHED TO THE FACILITY BY MARFON NAJAMY, OFFICER SOMODY REVIEWED MY AUDIO RECORDING, HE CONFIRMED THERE WAS NEVER ANY SIGN

Supporting Facts: OR SOUND OF STRUGGLE AT ANY POINT OF THE FALSE ACCUSATION.

4

## E. REQUEST FOR RELIEF

I request the following relief:

MONETARY DAMAGES, PUNITIVE DAMAGES AND EVERY AVAILABLE RELIEF.

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes _____        No ✓

_____       _____
Original signature of attorney (if any)        **Plaintiff's Original Signature**

_____       TRAVIS WILSON
Printed Name_____        Printed Name

_____

_____

( )_____       (475) 243-6835
Attorney's full address and telephone        Plaintiff's full address and telephone

_____       T-RAVIS600@HOTMAIL.COM
Email address if available        Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___STAMFORD, CT___ on ___1/28/2022___.
        (location)        (date)

_____
        **Plaintiff's Original Signature**

(Rev. 3/21/16)

5